1  MATTHEW D. POWERS (S.B. # 212682)
   mpowers@omm.com
2  ANDREW M. LEVAD (S.B. #313610)
   alevad@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for Defendant
   APPLE INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11
   CHRISTOPHER BRYAN and HERIBERTO        Case No. 4:22-cv-00845-HSG
   VALIENTE, individually and on behalf of all
12 others similarly situated,
                                           **JOINT STIPULATION TO
13                    Plaintiffs,          ACCELERATE TIME FOR INITIAL
                                           CASE MANAGEMENT CONFERENCE
14        v.                               AND MOTION TO DISMISS
                                           HEARING; ORDER (as modified)**
15 APPLE INC., a California corporation,

16                    Defendant.

17

18

19

20

21

22

23

24

25

26

27

28
                                                    Case No. 4:22-cv-00845-HSG
   JOINT STIPULATION TO ACCELERATE TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND
                           MOTION TO DISMISS HEARING

Pursuant to Civil Local Rule 6-2, Plaintiffs Christopher Bryan and Heriberto Valiente ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in the United States District Court for the Northern District of California on February 9, 2022;

WHEREAS, on February 14, 2022 the Court scheduled the initial case management conference to occur on May 17, 2022 on 2 p.m.;

WHEREAS, Apple filed a motion to dismiss the Complaint on April 8, 2022;

WHEREAS, Plaintiffs filed a First Amended Complaint on April 22, 2022;

WHEREAS, Apple filed a motion to dismiss the First Amended Complaint (the "Motion to Dismiss") on May 6, 2022;

WHEREAS, on May 12, 2022 the Court rescheduled the initial case management conference originally scheduled to occur on May 17, 2022, and ordered that this conference and the hearing on the Motion to Dismiss will jointly occur on November 3, 2022, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their counsel, that they jointly request the Court enter an order accelerating the time for the initial case management conference and the hearing on the Motion to Dismiss to occur on June 23, 2022 for the reasons set forth in the accompanying Declaration of Matthew D. Powers.

DATED: June 2, 2022

        O'MELVENY & MYERS LLP

        BY: */s/ Matthew D. Powers*
             Matthew D. Powers
             Attorneys for Defendant
             Apple Inc.

DATED: June 2, 2022

        BURSOR & FISHER, P.A.

        BY: */s/ L. Timothy Fisher*
             L. Timothy Fisher
             Attorneys for Plaintiffs
             Christopher Bryan and Heriberto
             Valiente

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial case management conference and the hearing on the Motion to Dismiss will jointly occur on July 21, 2022 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

_____
Hon. Haywood S. Gilliam, Jr.

-3-                    Case No. 4:22-cv-00845-HSG
JOINT STIPULATION TO ACCELERATE TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING