1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Sean L. Litteral (State Bar No. 331985)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-mail: ltfisher@bursor.com
5          slitteral@buror.com

6  **BURSOR & FISHER, P.A.**
   Joseph I. Marchese (*pro hac vice forthcoming*)
7  888 Seventh Avenue
   New York, NY 10019
8  Telephone: (646) 837-7150
   Facsimile:  (212) 989-9163
9  Email: jmarchese@bursor.com

10  *Attorneys for Plaintiffs*

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15  CHRISTOPHER BRYAN and HERIBERTO         Case No. 4:22-cv-00845-HSG
    VALIENTE, individually and on behalf of all
16  others similarly situated,                **JOINT STIPULATION TO
                                              ACCELERATE TIME FOR HEARING
17                      Plaintiffs,           ON DEFENDANT'S MOTION TO STAY
                                              DISCOVERY**
18           v.

19  APPLE INC., a California corporation,

20                      Defendant.

21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-2, Plaintiffs Christopher Bryan and Heriberto Valiente ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in the United States District Court for the Northern District of California on February 9, 2022;

WHEREAS, on February 14, 2022, the Court scheduled the initial case management conference to occur on May 17, 2022 at 2 p.m.;

WHEREAS, Apple filed a motion to dismiss the Complaint on April 8, 2022;

WHEREAS, Plaintiffs filed a First Amended Complaint on April 22, 2022;

WHEREAS, Apple filed a motion to dismiss the First Amended Complaint (the "Motion to Dismiss") on May 11, 2022;

WHEREAS, Plaintiffs filed their Opposition to the Motion to Dismiss on May 20, 2022;

WHEREAS, Defendant filed their Reply in support of the Motion to Dismiss on May 27, 2022;

WHEREAS, on May 12, 2022 the Court rescheduled the initial case management conference originally scheduled to occur on May 17, 2022, and ordered that the conference and the hearing on the Motion to Dismiss would jointly occur on November 3, 2022, before Judge Haywood S. Gilliam, Jr. at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA;

WHEREAS, on June 2, 2022, the parties filed their Joint Stipulation to Accelerate Time for Initial Case Management Conference and Motion to Dismiss, requesting an order to combine and hear these matters at an earlier time;

WHEREAS, on June 7, 2022, the Court ordered that the initial case management conference and the hearing on the Motion to Dismiss will occur jointly on July 21, 2022 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA;

WHEREAS, on June 16, 2022, Apple filed its Motion to Stay Discovery with a hearing date set for October 13, 2022;

WHEREAS, Plaintiffs filed their Opposition to the Motion to Stay Discovery on June 22, 2022, and Apple filed its Reply in support of the Motion to Stay Discovery on June 30, 2022;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their counsel, that they jointly request the Court enter an order accelerating the time for the hearing on the Apple's Motion to Stay Discovery to occur on July 21, 2022 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA at the same time as the hearing on the Motion to Dismiss and the Initial Case Management Conference.

Dated: July 12, 2022                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    /s/ *L. Timothy Fisher*
       L. Timothy Fisher
       Attorneys for Plaintiffs

Dated: July 12, 2022                     **O'MELVENY & MYERS LLP**

By:    */s/ Matthew D. Powers*
       Matthew D. Powers
       Attorneys for Defendant

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

By:    /s/ *L. Timothy Fisher*
       L. Timothy Fisher

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Motion to Stay discovery will be heard on July 21, 2022 at 2:00 p.m in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

Dated: 7/13/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge