UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRYAN, et al., <br>     Plaintiffs, <br> v. <br> APPLE INC., <br>     Defendant. | Case No. 22-cv-00845-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 11, 2023. Having considered the parties' proposals, *see* Dkt. No. 49, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 22, 2023 |
| Motion for Class Certification and Expert Report(s) | February 23, 2024 |
| Opposition to Motion for Class Certification and Expert Report(s) | April 26, 2024 |
| Reply in Support of Motion for Class Certification | May 30, 2024 |
| Hearing on Motion for Class Certification | July 18, 2024, at 2:00 p.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   4/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge